UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DAMON CRIST,<br><br>            Plaintiff,<br><br>    v.<br><br>SHERIFF MATTHEW CLIFFORD; ADA COUNTY; SGT. MEACHUM; DEPUTY TAMONDONG; SGT. WROBLEWSKI; and MICHAEL BREWER,<br><br>            Defendants. | Case No. 1:24-cv-00531-DKG<br><br>**INITIAL REVIEW ORDER BY SCREENING JUDGE** |

**IT IS ORDERED:**

1. Plaintiff's request for issuance of subpoenas duces tecum (Dkt. 33) is **GRANTED**. The Clerk of Court is directed to issue the two subpoenas attached to Plaintiff's request at Docket No. 33-2, pages 1 through 4 (along with the notices required by Federal Rule of Civil Procedure 45(a)(1)(A)(iv)), and to provide them to the United States Marshals for service upon **Global Tel*Link Corp. d/b/a ViaPath Technologies d/b/a Telmate LLC, Attn: Legal Department, 3120 Fairview Park Dr., Ste. 300, Falls Church, VA, 22042.**

2. The Clerk of Court is directed to forward a copy of the notices and subpoenas to each party, as required Rule 45(a)(4).

ORDER - 1

3. This Order does not prohibit an objection to a subpoena or a motion to quash a subpoena as set forth in Rule 45.

DATED: November 7, 2025

_____
Honorable Debora K. Grasham
United States Magistrate Judge

ORDER - 2